Eagleson *v.* Hoffman et al., Appellants.
Gillam *v.* Hoffman et al., Appellants.

Argued April 14, 1970.

*Frank A. Orban, Jr.,* for original defendant, appellant; *Seymour A. Sikov,* with him *James L. Nardelli, Alexander Ogle,* and *Sikov and Love,* for plaintiffs; *William L. Kimmel,* for additional defendant, appellee.

OPINION PER CURIAM: The orders of the court below granting new trials in the above appeals are modified and new trials are granted in both appeals, generally, as to all parties and all issues.

Feige *v.* Barry, Appellant.

Argued April 15, 1970. *John E. Kunz,* with him *Lancaster, Mentzer & Kunz,* for appellant; *Alan N. Bloch,* with him *Flaherty and Bloch,* for appellee.

Order affirmed.